DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RONALD E. TERRY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0015

[April 11, 2024]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-1990-CF-013336-AXXX-MB.

Ronald E. Terry, Miami, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and ARTAU, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***